UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20343-CR-KING          Date: March 23, 2022   Judge James Lawrence King
Defendant: **Aurora Quintana**       Defense counsel: Stewart G. Abrams, AFPD   .
AUSA:   Joseph Egozi                U.S. Probation: Jaime Johnson
            Annika Miranda

**JUDGMENT AND SENTENCE**

|       | **YEARS** | **MONTHS** | **DAYS** | **TIME SERVED** |
|-------|-----------|------------|----------|-----------------|
| Count | __ __     |            | __ __    |                 |

() Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 200.00
() Fine: (**X**) none imposed     -0-
(**X**) The court orders restitution in the amount of $42,723.65
() Count remaining  dismissed
(**X**) Forfeiture Entered in the amount of $42,723.65

**() SUPERVISED RELEASE**
**(X) PROBATION**

|       |       | **YEARS** |
|-------|-------|-----------|
| Count | **I, II** | 3     |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
(**X**) Home confinement for a period of 240 Days - Defendant is permitted to attend Church Services, Employment, Medical Appointments, Take care of Grand Children, any other appointments that's pre-approved by Probation Officer.
(**X**) CONCURRENT ( ) CONSECUTIVE (**X**) Self Employment Restriction (**X**) No New Debt
() Substance Abuse Treatment  (**X**) Financial Disclosure  () Permissible Search (**X**) Mental Health Treatment  () IRS Cooperation () Related Concerns Restrictions (**X**) Unpaid Restitution, Fines, and others

**CUSTODY**
() The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
() The defendant shall surrender for service of sentence on:
() The court recommends:
() The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- Unopposed Motion for Forfeiture - Granted

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Yvette Hernandez
Court Interpreter: Guiomar Emedan